# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**CR 07 0454 PJH**

UNITED STATES OF AMERICA,

V.

SHANNON BLAYLOCK,
a/k/a ARLANDYS RICHARDSON,
a/k/a "DADDY RICH,"
TAWAKONI SEATON,
a/k/a "TONI," and
LATOSHA GARDNER

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 371 - Conspiracy to Engage in Sex
Trafficking of a Minor;
18 U.S.C. § 1591 - Sex Trafficking of a Minor

---

A true bill.

_____ Foreman

Filed in open court this 17th day of July, 2007

_____ Clerk

Bail, $ No bail warrant as to each defendant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 17 PM 4:08
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

SEALED BY COURT ORDER

PENALTY:
SEE ATTACHMENT

**DEFENDANT**
TAWAKONI SEATON a/k/a "TONI"

**DISTRICT COURT NUMBER**
CR 07 0454 PJH

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigatino

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  MICHELLE MORGAN-KELLY, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed _____

DATE OF ARREST ▸  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▸  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT
TAWAKONI SEATON
a/k/a "TONI"

## **VIOLATIONS**

### **COUNT ONE**:

18 U.S.C. § 371 - Conspiracy to Engage in Sex Trafficking of a Minor

### **COUNT TWO**:

18 U.S.C. § 1591 - Sex Trafficking of a Minor

## **PENALTIES**

**COUNT ONE**: 5 years imprisonment; $250,000 fine; 3 years supervised release; and $100 special asessment

**COUNT TWO**: **10 year mandatory minimum sentence**, lifetime imprisonment maximum sentence, $250,000 fine, lifetime supervised release; and $100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 17 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

SEALED BY COURT ORDER

PENALTY:
SEE ATTACHMENT

---- DEFENDANT ----
SHANNON BLAYLOCK a/k/a ARLANDYS RICHARDSON

DISTRICT COURT NUMBER
CR 07 0454 PJH

---- DEFENDANT ----
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigatino

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  MICHELLE MORGAN-KELLY, AUSA

---- ADDITIONAL INFORMATION OR COMMENTS ----
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT
SHANNON BLAYLOCK
a/k/a ARLANDYS RICHARDSON
a/k/a "DADDY RICH"

## VIOLATIONS

### COUNT ONE:

18 U.S.C. § 371 - Conspiracy to Engage in Sex Trafficking of a Minor

### COUNT TWO:

18 U.S.C. § 1591 - Sex Trafficking of a Minor

## PENALTIES

**COUNT ONE**: 5 years imprisonment; $250,000 fine; 3 years supervised release; and $100 special asessment

**COUNT TWO**: **10 year mandatory minimum sentence**, lifetime imprisonment maximum sentence, $250,000 fine, lifetime supervised release; and $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

SEALED BY COURT ORDER

PENALTY:
SEE ATTACHMENT

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 17 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----
▶ LATOSHA GARDNER

DISTRICT COURT NUMBER

CR 07 0454

---- DEFENDANT ----
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

PJH

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigatino

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  MICHELLE MORGAN-KELLY, AUSA

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT
LATOSHA GARDNER

## VIOLATIONS

### COUNT ONE:

18 U.S.C. § 371 - Conspiracy to Engage in Sex Trafficking of a Minor

### COUNT TWO:

18 U.S.C. § 1591 - Sex Trafficking of a Minor

## PENALTIES

**COUNT ONE**: 5 years imprisonment; $250,000 fine; 3 years supervised release; and $100 special asessment

**COUNT TWO**: **10 year mandatory minimum sentence**, lifetime imprisonment maximum sentence, $250,000 fine, lifetime supervised release; and $100 special assessment

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| | United States Attorney |

FILED

07 JUL 17 PM 4: 09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 0454 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATIONS: 18 U.S.C. § 371 - |
| v. | ) | Conspiracy to Engage in Sex Trafficking of |
| | ) | a Minor; 18 U.S.C. § 1591 - Sex Trafficking |
| SHANNON BLAYLOCK, | ) | of a Minor |
|   a/k/a ARLANDYS RICHARDSON, | ) | |
|   a/k/a "DADDY RICH," | ) | |
| TAWAKONI SEATON, | ) | |
|   a/k/a "TONI," and | ) | SAN FRANCISCO VENUE |
| LATOSHA GARDNER, | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 - Conspiracy)

1. From in or about February 2007, to on or about March 22, 2007, in the Northern District of California, the defendants,

SHANNON BLAYLOCK,
a/k/a Arlandys Richardson,
a/k/a "Daddy Rich,"
TAWAKONI SEATON,
a/k/a "Toni," and
LATOSHA GARDNER,

did knowingly conspire to commit an offense against the United States, namely, sex trafficking

INDICTMENT

of a 17-year-old minor female, V.S., in violation of Title 18, United States Code, Section 1591.

2. In furtherance of the conspiracy and to attain the objects thereof, defendants committed the following overt acts in the Northern District of California and elsewhere:

    a.    On or about March 7, 2007, BLAYLOCK and SEATON arranged and paid for V.S. to travel by bus from Baton Rouge, Louisiana, to San Francisco, California.

    b.    On or about March 10, 2007:

        (1)    BLAYLOCK and GARDNER picked up V.S. at a Greyhound bus station in San Francisco and took her to GARDNER's residence.

        (2)    GARDNER helped V.S. with her hair and makeup so that V.S. could work as a prostitute.

        (3)    BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Residence Inn in South San Francisco using SEATON's email address in the customer information, intending that V.S. would engage in prostitution there.

    c.    On or about March 11, 2007, BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Doubletree Hotel in South San Francisco, intending that V.S. would engage in prostitution there.

    d.    On or about March 12, 2007, BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Best Western in South San Francisco, using SEATON's telephone number in the customer information, intending that V.S. would engage in prostitution there.

    e.    On or about March 13, 2007, BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Travelodge in South San Francisco using SEATON's telephone number in the customer information, intending that V.S. would engage in prostitution there.

    f.    On or about March 14, 2007, BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Good Nite Inn in South San Francisco, using SEATON's telephone number in the customer information, intending that V.S. would engage in prostitution there.

g. On or about March 16, 2007, BLAYLOCK reserved a room under the name ARLANDYS RICHARDSON at the Good Nite Inn in South San Francisco, knowing that V.S. would engage in prostitution there.

i. On or about March 18, 2007, a room was reserved at the Good Nite Inn in South San Francisco with the billing name of SEATON, with the intent that V.S. would engage in prostitution there.

j. On or about March 20, 2007, BLAYLOCK used the billing name ARLANDYS RICHARDSON at the Good Nite Inn in South San Francisco, using SEATON's telephone number in the customer information, intending that V.S. would engage in prostitution there.

k. On or about March 20, 2007, GARDNER rented a car from Enterprise RentACar, which BLAYLOCK used to transport V.S. and to pick up money from V.S.

l. From on or about March 10, 2007 until on or about March 22, 2007:

(1) SEATON received telephone calls from an Internet advertisement SEATON had posted advertising V.S. as an escort, and in response to those calls, SEATON arranged prostitution calls for V.S. at various hotels in South San Francisco.

(2) BLAYLOCK regularly met with V.S. and took from her the money that V.S. earned on prostitution calls at various hotels in South San Francisco.

(3) BLAYLOCK regularly took V.S. to GARDNER's residence to spend time between prostitution calls.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: (18 U.S.C. § 1591 - Sex Trafficking of a Minor)

From in or about February 2007, to on or about March 22, 2007, in the Northern District of California, the defendants,

SHANNON BLAYLOCK,
a/k/a Arlandys Richardson,
a/k/a "Daddy Rich,"
TAWAKONI SEATON,
a/k/a "Toni," and
LATOSHA GARDNER,

INDICTMENT                                3

1  did knowingly, and in and affecting interstate commerce, recruit, entice, harbor, transport,
2  provide, and obtain by any means a person, namely, a 17-year-old minor female, V.S., and did
3  benefit financially and by receiving anything of value from participation in a venture that had
4  engaged in such acts, knowing that V.S. had not attained the age of 18 years and would be caused
5  to engage in a commercial sex act, all in violation of Title 18, United States Code, Section 1591.

DATED: July 17, 2007                              A TRUE BILL.


                                                  *[signature]*
                                                  FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


*[signature]*
W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division


(Approved as to form: *[signature]*
                     AUSA MORGAN-KELLY

INDICTMENT                                4