SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510)637-3705
Facsimile: (510)637-3724
Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

FILED
07 JUL 17 PM 4:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT |
| v. | |
| SHANNON BLAYLOCK, a/k/a ARLANDYS RICHARDSON, a/k/a "DADDY RICH," TAWAKONI SEATON, a/k/a "TONI," and LATOSHA GARDNER, | |
| Defendants. | |

The United States hereby moves this honorable Court, for good cause shown, to seal the Indictment and arrest warrants issued in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

UNITED STATES' APPLICATION
FOR SEALING ORDER                                               1

1  Defendants are unaware of the current federal investigation. Public disclosure of the
2  Indictment and arrest warrants could alert the defendants to their impending arrest and provide
3  them with an opportunity to flee or to destroy evidence. Defendants are facing a significant
4  sentence of imprisonment. Accordingly, the United States respectfully requests that the above-
5  described materials be sealed in order to prevent the defendants from learning of the Indictment
6  and arrest warrants.

8  DATED: July 17, 2007                                  Respectfully submitted,

9                                                       SCOTT N. SCHOOLS
                                                        United States Attorney

                                                        MICHELLE MORGAN-KELLY
                                                        Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the Indictment, arrest warrants, and any other related documents, as well as this application and the Court's Order.

DATED: 7/17/07

                                                        HON. NANDOR J. VADAS
                                                        United States Magistrate Judge

UNITED STATES' APPLICATION
FOR SEALING ORDER                            2