Clerk, U.S. District Court

450 Golden Gate Ave.
Clerk's office is on the 16th Floor
Jury office is on the 19th floor
San Francisco, CA 94102

FILED

NOV 5 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-454

**NORFOLK DIVISION**

Minutes of Proceedings in Open Court

Set: 2:30 p.m.  
Started: 2:45  
Ended: 2:47  

Date: October 31, 2007  
Judge: James E. Bradberry, USMJ  
Courtroom Deputy: _____  
Recorded by: FTR  
U. S. Attorney: Bryan Samuels  
Defense Counsel: Arenda Allen  
                      Retained  -  Court-appointed  -  AFPD  

Case Number:  2:07mj768  
Defendant: **TAWAKONI SEATON**

(X) **Deft. present in custody** / not in custody  
(X) Initial Appearance - Preliminary / **Detention Hearing** - Early / Appointment of Counsel  
( ) Interpreter present & sworn - Interpreter: _____  
( ) Deft. advised of rights, charges & right to counsel  
( ) Counsel desired  
( ) Defendant's motion to substitute counsel  
( ) Order to substitute counsel exec., ent. & filed in open Court  
( ) Financial Affidavit previously exec. by deft., received & filed in open Court  
( ) Deft. sworn - Financial Affidavit exec. & filed in open Court  
( ) Court DIRECTED appointment of counsel  
( ) Court directed deft. to reimburse govt. at rate of _____  

(✓) Deft. waives Removal / Preliminary hearing    (In this District only)  
(·) Deft. executed Waiver of Removal Hearing  
( ) Preliminary / Removal Hearing set for _____ / held / waived  
( ) Court finds probable cause - Deft. held for GRAND JURY  or  for removal to other District  
( ) Court ordered deft. removed to other District  
( ) Govt. motion for Detention - GRANTED  
( ) Govt. motion to withdraw motion for detention and set bond  
( ) Detention Hearing scheduled for _____ at _____ before _____ , USMJ  
(✓) Bond / Detention Hearing held / **waived**  
(✓) TEMPORARY DETENTION / **DETENTION ORDERED** (Court to prepare Order)  
( ) Bond set at  $ _____  
( ) SPECIAL CONDITIONS OF RELEASE:    (See Page 2)  
( ) BOND ORDER Setting Conditions of release exec., ent., & filed in open Court  
(✓) Deft. remanded to custody of U. S. Marshal  
( ) Warrant returned executed & filed in open Court  
( ) Defendant is directed to next appear on _____ at 9:00 a.m. for  Arraignment  
( ) Dft is directed to next appear on _____ at _____ for _____  
( ) Order of Temporary Detention executed, entered and filed in open Court  
( ) _____  
( ) _____

## STANDARD CONDITIONS OF RELEASE

Deft's. travel is restricted to the State of Virginia
· Deft is directed to refrain from excessive use of alcohol
Deft. is directed to refrain from any use or unlawful possession of a
   narcotic drug and other controlled substances defined in 21 U.S.C.
   802 unless prescribed by a licensed medical practitioner
Deft. is directed to surrender any passport to the Pretrial Services Office
Deft. is prohibited from obtaining any passport

## SPECIAL CONDITIONS OF RELEASE

( )   Travel is restricted to _____

( )   Deft. is directed to maintain residence

( )   Deft. is directed to seek and maintain verifiable employment as directed by PTS

( )   Deft. is directed to report on a regular basis to the Probation Office as follows:
      _____

( )   Deft. is directed to report to the Office of Pretrial Services as directed

( )   Deft. is directed to undergo substance abuse testing and treatment as directed by PTS, at the expense of the defendant

( )   Deft. is directed to submit to electronically monitored home detention with time outs as directed by PTS, at the expense of the deft.

( )   Deft. is directed to refrain from possession a firearm, destructive device, or other dangerous weapon

( )   Deft. is directed to avoid all contact with alleged victims or potential witnesses

( )   Deft. is prohibited from committing any offense in violation of federal, state or local law

( )   Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense

( )   Court directs Bond to be executed by deft. and _____

( )   Court directs that deft. be released to the custody of _____

( )   _____

AO 94 (Rev. 8/97) Commitment to Another District

```
                                                                    FILED
                                                                IN OPEN COURT

                                                                  OCT 31 2007

                  UNITED STATES DISTRICT COURT               CLERK, U.S. DISTRICT COURT
                                                                  NORFOLK, VA
```

| EASTERN | District of | VIRGINIA |
|---|---|---|

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| Tawakoni Seaton | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR07-454-PJH | 2:07mj768 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ Other

charging a    U.S.C. 18:1591 AND 18:371

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**

18 USC 371 Conspiracy to Engage in Sex Trafficking of a Minor (Count One)
18 USC 1591 Sex Trafficking of a Minor (Count Two)

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
**Government moved for detention and defendant detained pending detention hearing in District of Offense**
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | **Federal Public Defender** | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

DISTRICT OF VIRGINIA (EASTERN/Norfolk Division)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_10-31-07_
Date                    TOMMY E. MILLER UNITED STATES MAGISTRATE JUDGE
                        JAMES E. BRADBERRY

**RETURN**

| This commitment was received and executed as follows: | | A TRUE COPY, TESTE:<br>CLERK, U.S. DISTRICT COURT |
|---|---|---|
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| | | BY _____ DEPUTY CLERK |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

FILED
IN OPEN COURT
OCT 31 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

TAWAKONI SEATON

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 2:07 mj 768

CHARGING DISTRICTS
CASE NUMBER: CR07-454-PJH

I understand that charges are pending in the   NORTHERN   District of   CALIFORNIA

alleging violation of   18:371 AND 18:1591   and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

*[signature]*
Defendant

October 31, 2007
Date

*[signature]*
Defense Counsel

# UNITED STATES DISTRICT COURT

Eastern District of Virginia-Norfolk/Newport News Division

UNITED STATES OF AMERICA

V.

**TAWAKONI SEATON**
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

FILED IN OPEN COURT
OCT 2 6 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA.

Case Number: 2:07mj768

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for __10/31/07__ * at __2:30 pm__
                                                    *Date*                    *Time*

before _____HONORABLE_____, UNITED STATES MAGISTRATE JUDGE
                        *Name of Judicial Officer*

_____United States District Court, W.E.Hoffman Courthouse, 600 Granby Street, Norfolk, Virginia 23510_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

Date: __Oct 26, 2007__                    _____Tommy E Mill_____
                                          United States Magistrate Judge

A TRUE COPY, TESTE:
U.S. DISTRICT COURT
DEPUTY CLERK

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

SEALED DOCUMENT, EXHIBIT and
REPORTER'S TRANSCRIPT LOCATOR

CASE NUMBER _____CR 07-454_____

DOCUMENT NUMBER _____

DATE FILED _____

        Sealed Document _____

        Exhibit _____

        Location  Shelf _____

        Other _____

        Reporter's Transcripts _____

        Other _____

*Financial Affidavit*
*CJA 23*
*given to CJA*

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

WARRANT FOR ARREST

Tawakoni Seaton aka "Toni"

Case Number: <u>CR07-454 PJH</u>

To: The United States Marshal
and any Authorized United States Officer

2:07mj768

YOU ARE HEREBY COMMANDED to arrest   <u>Tawakoni Seaton aka "Toni"</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 18:371 Conspiracy 18:1591 Sex Trafficking of a minor

in violation of Title  <u>See above</u>   United States Code, Section(s) __

<u>            Deputy Clerk            </u>
Title of Issuing Officer

_____
Signature of Issuing Officer

<u>   7/17/07 San Francisco   </u>
Date and Location

Bail fixed at $ <u>  No bail  </u>  by  <u>Nandor Vadas, United States Magistrate Judge</u>
                                         Name of Judicial Officer

FILED
OCT 25 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received 10/18/2007 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/26/2007 | Scott Baber, FBI | |

COPY