| | | | |
|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 min | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | REPORTER/FTR<br>9:43-9:50 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>November 20, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0454 PJH |

### APPEARANCES

| DEFENDANT<br>Tawakoni Seaton | AGE<br>30 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steven Kalar (special) | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Denise Barton | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

FILED NOV 20 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/26/2007 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>BZ | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

CJA Panel counsel will be sought for the Attorney Appointment Hearing. Federal Public Defender's office has a conflict in this case.
cc: BZ, Pretrial, PJH

DOCUMENT NUMBER: