JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No.  07-0454 PJH |
|     Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) EXCLUDING TIME |
| SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER, | )<br>)<br>)<br>)<br>)<br>) |
|     Defendant. | ) |

On November 26, 2007, the United States and co-defendant Seaton appeared before the

Court and stipulated that time should be excluded from the Speedy Trial Act calculations from

November 26, 2007 through December 12, 2007.  The parties represented that granting the

continuance was necessary for effective preparation of counsel and continuity of counsel, taking

into account the exercise of due diligence, to afford counsel time to prepare, produce, and

//

1    review discovery and due to counsel for the government's unavailability during this period. <u>See</u>

2    18 U.S.C. § 3161(h)(8)(B)(iv).

3

4    SO STIPULATED:

5

6                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney

7

8

9    DATED: April 29, 2008                         <u>  /s/    Denise Barton            </u>
                                                   DENISE MARIE BARTON

10                                                 Assistant United States Attorney

11

12   DATED: April 29, 2008                         <u>            /s/                  </u>
                                                   KENNETH WINE

13                                                 Attorney for TAWAKONI SEATON

14

15           As the Court found on November 26, 2007 and for the reasons stated above, the Court

16   finds that the ends of justice served by the continuance outweigh the best interests of the public

17   and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

18   calculations November 26, 2007 through December 12, 2007 for effective preparation and

19   continuity of counsel. <u>See</u> 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested

20   continuance would deny counsel reasonable time necessary for effective preparation, taking into

21   account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C.

22   §3161(h)(8)(B)(iv).

23

24   SO ORDERED.

25

26   DATED: _____         <u>                                        </u>
                                           HONORABLE. BERNARD ZIMMERMAN

27                                         United States Magistrate Court Judge

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH