JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>SHANNON BLAYLOCK,<br>   aka ARLANDYS RICHARDSON,<br>   aka "DADDY RICH",<br>TAWAKONI SEATON,<br>   aka TONI, and<br>LATOSHA GARDNER,<br>   Defendant. | CR No. 07-0454 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On November 26, 2007, the United States and co-defendant Seaton appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 26, 2007 through December 12, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence, to afford counsel time to prepare, produce, and

//

1  review discovery and due to counsel for the government's unavailability during this period.  See
2  18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  SO STIPULATED:
5
6                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
7
8
   DATED: April 29, 2008                              /s/      Denise Barton
9                                                                DENISE MARIE BARTON
                                                                 Assistant United States Attorney
10
11
   DATED: April 29, 2008                                        /s/
12                                                               KENNETH WINE
                                                                 Attorney for TAWAKONI SEATON
13
14
15       As the Court found on November 26, 2007 and for the reasons stated above, the Court
16  finds that the ends of justice served by the continuance outweigh the best interests of the public
17  and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18  calculations November 26, 2007 through December 12, 2007 for effective preparation and
19  continuity of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
20  continuance would deny counsel reasonable time necessary for effective preparation, taking into
21  account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
22  §3161(h)(8)(B)(iv).
23
24  SO ORDERED.
25
26  DATED: ___April 29, 2008___                        _____
                                                                 HONORABLE BERNARD ZIMMERMAN
27                                                               United States Magistrate Court Judge
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH