JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANNON BLAYLOCK, ) <br>    aka ARLANDYS RICHARDSON, ) <br>    aka "DADDY RICH", ) <br> TAWAKONI SEATON, ) <br>    aka TONI, ) <br> ) <br>    Defendants. ) <br> ) | CR No.  07-0454 PJH <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME  FROM JANUARY 23, 2008 THROUGH FEBRUARY 20, 2008 |

On January 23, 2008, the parties in this case appeared before the Court.  Counsel for the United States and counsel for co-defendants Blaylock and Seaton stipulated that the case is a complex case under 18 U.S.C. § 3161(h)(8)(B)(ii).  These parties also stipulated that time should be excluded from the Speedy Trial Act calculations from January 23, 2008 through February 20, 2008.  These parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence, to afford counsel time to review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Counsel for co-defendant Gardner

1  objected to the exclusion of time on all grounds.

2  SO STIPULATED:

3
4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5

6  DATED: April 30, 2008              /s/      Denise Barton
                                           DENISE MARIE BARTON
7                                          Assistant United States Attorney

8

9  DATED: April 30, 2008                   /s/
                                           MICHAEL STEPANIAN
10                                         Attorney for SHANNON BLAYLOCK

11

12 DATED: April 30, 2008                   /s/
                                           KENNETH WINE
13                                         Attorney for TAWAKONI SEATON

14
                                **[Proposed] Order**
15
   As the Court found on January 23, 2008 and for the reasons stated above, the Court finds that
16
   the ends of justice served by the continuance outweigh the best interests of the public and the
17
   defendants in a speedy trial and that time should be excluded from the Speedy Trial Act
18
   calculations from January 23, 2008 through February 20, 2008 for effective preparation of
19
   counsel and due to the complexity of the case.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to
20
   grant the requested continuance would deny counsel reasonable time necessary for effective
21
   preparation of counsel, taking into account the exercise of due diligence, and would result in a
22
   miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
23

24
   SO ORDERED.
25

26
   DATED: _____     _____
27                                         HONORABLE. PHYLLIS J. HAMILTON
                                           United States District Judge
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH