JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-0454 PJH |
|     Plaintiff | **UNITED STATES' PROPOSED VERDICT FORM** |
|     v. | Pre-Trial Conference: August 27, 2008<br>Time: 1:30 p.m. |
| SHANNON BLAYLOCK and TAWAKONI SEATON | Trial Date: September 15, 2008<br>Time: 8:30 a.m. |
|     Defendants | |

    Pursuant to the June 28, 2008 Order of Pretrial Preparation For Criminal Jury Trial *(ECF Docket No. 77)*, the United States hereby submit the following Proposed Verdict Form.

Date: August 13, 2008                      Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff )<br>  )<br>        v.   )<br>  )<br>SHANNON BLAYLOCK and )<br>TAWAKONI SEATON )<br>  )<br>    Defendants )<br>  ) | No.07-0454 PJH<br><br>**VERDICT FORM** |

COUNT ONE

1.  We the Jury, find the defendant, SHANNON BLAYLOCK,

    _____        GUILTY

    _____        NOT GUILTY

    of the crime of conspiring to commit the offense of sex trafficking a minor, in violation of 18 U.S.C. § 1591, all in violation of 18 U.S.C. § 371, as charged in Count 1 of the Indictment.

2.  We the Jury, find the defendant, TAWAKONI SEATON,

    _____        GUILTY

    _____        NOT GUILTY

    of the crime of conspiring to commit the offense of sex trafficking a minor, in violation of 18 U.S.C. § 1591, all in violation of 18 U.S.C. § 371, as charged in Count 1 of the Indictment.

COUNT TWO

3.  We the Jury, find the defendant, SHANNON BLAYLOCK,

             _____          GUILTY

             _____          NOT GUILTY

of the crime of Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591, as charged in Count 2 of the Indictment.

4.  If you find the defendant, SHANNON BLAYLOCK, guilty of Sex Trafficking of a Minor, please indicate which of the means in the first element of the offense you found he committed this offense (you may find any or all):

    _____    That the defendant did knowingly recruit, entice, harbor, transport, provide, or obtain a person;

    _____    That the defendant did knowingly did benefit, financially or by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, or obtained a person.

5.  We the Jury, find the defendant, TAWAKONI SEATON,

             _____          GUILTY

             _____          NOT GUILTY

of the crime of Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591, as charged in Count 2 of the Indictment.

6.  If you find the defendant, TAWAKONI SEATON, guilty of Sex Trafficking of a Minor, please indicate which of the means in the first element of the offense you found she committed this offense (you may find any or all):

    _____    That the defendant did knowingly recruit, entice, harbor, transport, provide, or obtain a person;

    _____    That the defendant did knowingly did benefit, financially or by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, or obtained a person.

_____
FOREPERSON

DATED: September \_\_\_, 2008

UNITED STATES' PROPOSED VERDICT FORM, CR 07-0454 PJH
3