1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-mail: denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,          )    No. CR 07-0454 PJH
13                                      )
            Plaintiff,                  )    **UNITED STATES' PRETRIAL CONFERENCE**
14                                      )    **STATEMENT**
                  v.                    )
15                                      )
                                        )
16                                      )    Pre-Trial Conference Date:  August 27, 2008
                                        )    Time:                       1:30 p.m.
17  SHANNON BLAYLOCK                    )
    and TAWAKONI SEATON,               )    Trial Date:                 September 15, 2008
18                                      )    Time:                       8:30 a.m.
            Defendant.                  )
19                                      )
    _____ )
20

21

22

23

24

25

26

27

28

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

1

1    The UNITED STATES OF AMERICA, through its counsel Joseph P. Russoniello, United

2    States Attorney, and Denise Marie Barton, Assistant United States Attorney, and pursuant to Crim.

3    L. R. 17.1-1(b) and the Order for Pretrial Preparation for Criminal Jury Trial dated June 26, 2008

4    (*ECF Docket No. 77*) files this Pretrial Conference Statement.[1]

5

6    1.    DISCLOSURE AND CONTEMPLATED USE OF STATEMENTS OR REPORTS OF

7          WITNESSES INTENDED TO BE CALLED AT THE TRIAL

8    The United States has previously produced discovery including numerous witness statements,

9    in advance of the time periods provided for in 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2 and has

10    also produced many statements and reports not strictly covered by these authorities.  Specifically, the

11    United States produced the following discovery, which included witness statements, on the noted

12    dates:

13          December 21, 2007          Bates numbers 00001-01585;

14          January 25, 2008           Bates numbers 1586-1850;

15          March 26, 2008             Bates numbers 1851-2156.

16    To the extent that additional reports and statements are generated in connection with recent

17    activity, the United States will immediately make them available in accordance with its continuing

18    duty to disclose.

19    The United States has requested reciprocal discovery.  To date, nothing has been produced by

20    defense counsel.

21    2.    DISCLOSURE AND CONTEMPLATED USE OF GRAND JURY TESTIMONY OF

22          WITNESSES INTENDED TO BE CALLED AT THE TRIAL

23    The United States has not yet produced grand jury testimony of witnesses to be called at trial.

24    Although neither 18 U.S.C. § 3500 nor Fed. R. Crim. P. 26.2 require disclosure until after a witness

25

26    [1] This Pretrial Conference Statement does not address issues that would be raised in a trial of
co-defendant Tawakoni Seaton because Seaton is scheduled to enter a change of plea. The United States
27    reserves the right to amend this Pretrial Conference Statement if Seaton does not enter a change of plea
as scheduled.
28

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

1  has testified at trial, the United States will produce the grand jury testimony of witnesses it intends to

2  call prior to trial, on September 2, 2008.[2/]

3  3.      DISCLOSURE OF EXCULPATORY OR OTHER EVIDENCE FAVORABLE TO THE

4          DEFENDANT ON THE ISSUE OF GUILT OR PUNISHMENT

5          The United States believes that it has disclosed all exculpatory evidence known to it.  The

6  United States further understands that the duty to disclose exculpatory evidence is a continuing one.

7  In the event the United States learns of exculpatory evidence in preparation for and during the trial, it

8  will immediately disclose this information to the defendant.

9  4.      STIPULATION OF FACTS

10         The United States intends to seek several stipulations with counsel for the defense and will

11 promptly advise the Court of any stipulations when reached by the parties.  Generally, the United

12 States intends to seek a stipulation that the hotels at issue in this case serve out-of-state guests or are

13 part of national and international businesses.  Should the parties not agree to a stipulation as to those

14 facts, the United States would request this Court take judicial notice of those facts.  The United

15 States will also propose a stipulation concerning chain-of-custody of certain evidence.  The United

16 States will also seek stipulations concerning the phone numbers associated with the defendant and

17 other persons connected with the charged conduct.

18 5.      APPOINTMENT BY THE COURT OF INTERPRETERS

19         The United States does not anticipate the need for any interpreters at this trial.

20 6.      DISMISSAL OF COUNTS / ELIMINATION OF ISSUES

21         On April 9, 2008, the United States filed a Notice of Dismissal as to co-defendant Latosha

22 Gardner, *see ECF Docket No. 60*, which this Court granted on the same date.  *See ECF Docket No.*

23 *62.*  The United States will not be moving to dismiss any counts as to co-defendant Blaylock.

24         On December 21, 2007, the United States requested notice of intent to rely on an alibi

25 defense in accordance with Fed. R. Crim. P. 12.1.  To date, the defendant has not provided any

26

27         [2/] September 1, 2008, which would be two weeks prior to trial, falls on Labor Day, a federal
28 holiday.

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

1  notice.  The defendant has also not provided notice of intent to rely on a defense of insanity in the

2  time periods set forth in Fed. R. Crim. P. 12.2.

3  7.     JOINDER AND SEVERANCE

4        The United States does not anticipate seeking joinder of any cases.  It is anticipated that co-

5  defendant Blaylock will be the one remaining co-defendant in this case and a motion for severance

6  therefore will be moot.

7  8.     IDENTIFICATION OF INFORMERS, USE OF LINEUP OR OTHER IDENTIFICATION

8        EVIDENCE, AND EVIDENCE OF PRIOR CONVICTIONS OF THE DEFENDANT OR

9        ANY WITNESS

10        This case does not involve any informers.

11        The United States anticipates introducing evidence of photograph arrays and witness

12  identifications from these photograph arrays in the course of the trial with several witnesses.  The

13  fact of the photograph arrays and identifications have previously been disclosed to the defense in the

14  course of discovery.

15        As set forth in its *United States' Omnibus Motions in Limine*, *see ECF Docket No. 80*,

16  specifically the *Motion In Limine To Admit the Defendants' Prior Convictions under Federal Rule of*

17  *Evidence 609*, the United States will seek to admit specific prior convictions of the defendant if he

18  testifies.

19  9.     PRETRIAL EXCHANGE OF WITNESS LISTS FOR WITNESSES TO BE CALLED IN

20        CASE-IN-CHIEF

21        The United States anticipates filing its witness list of witnesses it intends to call during its

22  case-in-chief on or before August 14, 2008 under separate cover to protect the addresses and

23  personal identifying information of the witnesses.  The United States reserves the right to amend its

24  witness list and will provide an updated witness list prior to trial.

25  //

26  //

27  //

28

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

10.    PRETRIAL EXCHANGE OF DOCUMENTS, EXHIBITS, SUMMARIES, SCHEDULES, MODELS OR DIAGRAMS INTENDED TO BE OFFERED OR USED AT TRIAL IN CASE-IN-CHIEF

The United States anticipates filing its exhibit list of exhibits in intends to introduce during its case-in-chief under separate cover on or before August 14, 2008.  The United States reserves the right to add, omit, or modify its exhibits prior to trial, and will provide an updated exhibit list prior to trial.  The United States reserves the right to redact certain portions of its exhibits, subject to the Court's rulings on its Motions in Limine.

The United States further requests that the defendant examine the United States' exhibits before trial to expedite the proceedings.

The United States further requests an opportunity to examine the defendants' exhibits before trial.

11.    PRETRIAL RESOLUTION OF OBJECTIONS TO EXHIBITS OR TESTIMONY TO BE OFFERED AT TRIAL

The United States has filed seven motions in limine.  Two motions were filed under seal on August 13, 2008 and served on the defendant on the same date.   The other five motions, *ECF Docket No. 80*, seek the following pretrial rulings from this Court:

(1) Motion in Limine to Admit Evidence of Uncharged Conduct as Inextricably Intertwined or Pursuant to Federal Rule of Evidence 404(b);

(2) Motion in Limine to Bar Defense Reference to Inadmissable Hearsay;

(3) Motion in Limine to Limit Cross-examination to the Limits Set Forth by Law;

(4 ) Motion in Limine to Bar Reference to Penalty or Collateral Consequence; and

(5) Motion in Limine to  to Admit the Defendants' Prior Convictions under Federal Rule of Evidence 609.

//

//

//

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

5

1    12.    PREPARATION OF PRETRIAL BRIEFS ON CONTROVERTED POINTS OF LAW

2        The United States is not currently aware of any controverted points of law other than those

3    addressed in the motions in limine filed on August 13, 2008.  Should the United States become

4    aware of any such issues, it will prepare and file a Trial Brief to address these issues.

5    13.    SCHEDULING OF THE TRIAL AND WITNESSES

6        The United States will be flying several witnesses, including the victim, into San Francisco

7    from out-of-state.  The United States is prepared to proceed, as scheduled, on September 15, 2008

8    and will be scheduling flights for witnesses in accordance with this schedule.

9    14.    REQUEST FOR JURY QUESTIONNAIRE, VOIR DIRE, EXERCISE OF PEREMPTORY

10            AND CAUSE CHALLENGES, AND JURY INSTRUCTIONS

11        The Court has set forth a Jury Questionnaire in the June 26, 2008 Order For Pretrial

12    Preparation For Criminal Jury Trial.  *See ECF Docket No. 66.*  The United States does not object to

13    this questionnaire.

14         The parties have filed  Joint Proposed Voir Dire Questions. *See ECF Docket No. 82.*  The

15    United States objects to the Proposed Voir Dire Questions filed separately by defendant.  *See ECF*

16    *Docket No.*   These questions are either incorporated into the Joint Proposed Voir Dire or not

17    appropriate in the current form.

18        The United States is not aware of any reason that the standard number of peremptory

19    challenges provided for in Fed. R. Crim. P. 24(b)(2) - 10 for the defendant and six for the

20    prosecution - should not apply in this trial.

21        The parties have jointly filed Proposed Jury Instructions, *see ECF Docket No. 81*, and the

22    United States has filed a separate Proposed Jury Instructions with instructions on which the parties

23    could not reach agreement.  *See ECF Docket No. 84*.

24    //

25    //

26    //

27    //

28

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH

1    15.    ANY OTHER MATTER WHICH MAY TEND TO PROMOTE A FAIR AND

2           EXPEDITIOUS TRIAL

3           The United States is not currently aware of any additional matters to present to the Court.

4

5

6

7    DATED: August 13, 2008               Respectfully Submitted,

8

9                                  JOSEPH P. RUSSONIELLO
                                 United States Attorney

10

11

12                                _____/s/_____
                               DENISE MARIE BARTON
                               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' PRETRIAL CONFERENCE STATEMENT, CR 07-454 PJH