UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff(s), | No. CR 07-0454-2 PJH |
|   v. | **CLERK'S NOTICE** |
| TAWAKONI SEATON, | |
|     Defendant(s). | |

YOU ARE HEREBY NOTIFIED that on **August 22, 2008** at **2:00 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Change of Plea Hearing, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: August 20, 2008