UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 22, 2008                          **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES  v.  TAWAKONI SEATON (C)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Kenneth Wine

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Debra Pas

**PROCEEDINGS**

Change of Plea-Held. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to count two of the indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offense. The defendant is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO:** November 5, 2008 at 1:30 p.m. for Sentencing.

**cc:** chambers