SEALED BY ORDER OF COURT

OA 91 Criminal Complaint

# United States District Court

ORIGINAL FILED

AUG 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.
DAPHENE MCKENZIE VICKERS,
a/k/a California Slim, Terri, Daphene Johnson, Daphene Blaylock

CRIMINAL COMPLAINT

Case Number: 3 08 70552 JCS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about 3/10/2007 through 3/22/2007 (Date) in San Francisco County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)

knowingly in or affecting interstate commerce, aid and abet the recruiting, enticing, harboring, transporting, providing, or obtaining by any means a person, knowing that the person had not attained the age of 18, and would be caused to engage in a commercial sex act

in violation of Title 18 United States Code, Section(s) 2 and 1591.

I further state that I am a(n) Special Agent with the FBI
Official Title

and that this complaint is based on the following facts:

See Attached Affidavit of Matthew S. Beaupain, attached and incorporated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: Denise Marie Barton
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

8/20/08
Date

at San Francisco, CA
City and State

Joseph C. Spero     US Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA )
) ss:
COUNTY OF SAN FRANCISCO )

## AFFIDAVIT

I, Matthew S. Beaupain, Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby declare as follows:

### I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is being submitted in support of a criminal complaint charging DAPHENE MCKENZIE VICKERS, also known as California Slim, Terri, Daphene Johnson, Daphene Blaylock (VICKERS), with Aiding and Abetting the Sex Trafficking of a Minor, in violation of Title 18, United States Code, Sections 2 and 1591.

### II. AGENT'S BACKGROUND AND EXPERTISE

2. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since November of 2005. For approximately the past two years, I have been assigned to the San Francisco Office of the FBI, and have investigated cases involving violent gangs, drug trafficking activity, bank robberies, fugitives, crimes aboard aircraft, and crimes against children. During this time, I have participated in numerous local and federal search warrants and arrests for crimes involving alleged narcotics trafficking, gang members, and crimes against children. I have received training at the FBI Academy in Quantico, Virginia, including training on Violent Street Gangs, Criminal Case Management, Informant Development, Title III Investigations and the identification, use, packaging and sales of controlled substances, and training at the National Center for Missing and Exploited Children which specifically focused on child prostitution.

3. Through my training and experience, I have become familiar with the manner in which pimps and prostitutes target, recruit, transport, control and prostitute minors for the purpose of financial gain. I am also familiar in the manner as to how they collect and launder their proceeds from prostitution. I have also had discussions with other law enforcement personnel about the transportation and prostitution of minors, the methods in which they conduct

their trade, and the security measures that pimps and prostitutes often employ. As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

4. The statements contained in this affidavit are based on information provided to me by law enforcement officers as well as my training, experience, and knowledge of this investigation. Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to support the complaint.

### III. APPLICABLE LAW

5. Title 18, United States Code, section 1591 provides that it is a crime to knowingly in or affecting interstate commerce, recruit, entice, harbor, transport, provide, or obtain by any means a person to engage in a commercial sex act, or benefit, financially or by receiving anything of value, from participation in any such venture, knowing that the person has not attained the age of 18 years.

6. For purposes of Title 18, United States Code, section 1591, the term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person. Further, the term "venture" means any group of two or more individuals associated in fact, whether or not a legal entity.

7. Title 18, United States Code, section 2 provides that any person who aids, abets, counsels, commands, induces or procures an offense against the United States or commission, is punishable as a principal.

### IV. PROBABLE CAUSE

8. According to a female identified herein as V.S., and who was seventeen years old during all activities described in this Affidavit, she was in Baton Rouge, Louisiana working as a prostitute for an adult female named Tawakoni Seaton. In early March 2007, Seaton arranged for

2

V.S. to travel from Baton Rouge to San Francisco, California. Seaton told V.S. that she would be meeting "Daddy Rich" to work as a prostitute and showed V.S. a photo of "Daddy Rich." On or about March 7, 2007, V.S. left Baton Rouge via bus for San Francisco, California to meet "Daddy Rich." "Daddy Rich" has subsequently been identified as Shannon Blaylock. Blaylock and Seaton are both currently charged in United States v. Blaylock and Seaton, CR 07-0454 PJH.

9. On or about March 8, 2007, VICKERS paid cash for a flight from Los Angeles to Oakland, California. Airline records from Southwest Airlines show that VICKERS traveled on Southwest Airlines flight number 1702, arriving on or about 10:10 p.m. in Oakland, that same day.

10. On or about March 10, 2007, VICKERS and Blaylock met V.S. at the Greyhound bus station in San Francisco and transported V.S. to 1483 Newcomb Avenue, San Francisco, California to prepare V.S. for the purpose of prostitution. While at 1483 Newcomb Avenue, VICKERS helped V.S. with her hair and makeup so that V.S. could work as a prostitute that night.

11. On or before March 10, 2007, Blaylock had reserved a room under the name of "Arlandys Richardson" at the Marriott Residence Inn located at 1350 Veterans Boulevard in South San Francisco.

12. On or about March 10, 2007, Blaylock and VICKERS transported V.S. from 1483 Newcomb Avenue, San Francisco, California to the Marriott Residence Inn, intending that V.S. would engage in prostitution in the room reserved.

//
//
//
//
//
//
//
//

3

13. On or about March 10, 2007, while at the Marriott Residence Inn, V.S. had a conversation with VICKERS while standing outside the Marriott Residence Inn. V.S. told VICKERS that she was 17 years old. Thereafter, V.S. engaged in prostitution at the Marriott Residence Inn.

14. On an unknown date, between March 11, 2007 and March 22, 2007, while V.S. was engaged in acts of prostitution, VICKERS watched the time V.S. spent with her "customers." V.S. recalls one instance when VICKERS entered the room where V.S. was engaging in commercial sex acts and told the male customer who had paid for sex acts with V.S. that he had used his paid-for time and had to leave.

15. On an unknown date, between March 11, 2007 and March 22, 2007, V.S. and VICKERS were scheduled to engage in a "double," a commercial sex act in which a man pays for the services of two prostitutes at one time. However, the client did not appear.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

16. On various dates between March 11, 2007 and March 22, 2007, with V.S. present, VICKERS and Blaylock would often smoke marijuana and drink alcohol in the hotel where V.S. was engaging in commercial sex acts when V.S. was not with a "customer."

V. **CONCLUSION**

17. For the reasons stated above, I submit that there is probable cause to believe that DAPHENE MCKENZIE VICKERS, also known as California Slim, Terri, Daphene Johnson, Daphene Blaylock, did Aid and Abet the Sex Trafficking of a Minor, in violation of Title 18, United States Code, Section 1591.

_____
Matthew S. Beaupain
Special Agent, Federal Bureau of Investigation

Sworn to before me this
20th day of August 2008.

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

5

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA
V.
DAPHENE MCKENZIE VICKERS,

a/k/a California Slim, Terri, Daphene Johnson, Daphene Blaylock

**WARRANT FOR ARREST**

Case Number: 3 08 70552 JCS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DAPHENE MCKENZIE VICKERS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly in or affecting interstate commerce, aid and abet the recruiting, enticing, harboring, transporting, providing, or obtaining by any means a person, knowing that the person had not attained the age of 18, and would be caused to engage in a commercial sex act

in violation of Title  18   United States Code, Section(s)  2 and 1591

Hon. Joseph C. Spero
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

8/20/08   San Francisco, CA
Date and Location

No Bail JCS

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |